NO. 07-01-0512-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 19, 2002
_____

IN THE ESTATE OF JOSE SOTELLA FLORES, DECEASED
_____

FROM THE COUNTY COURT AT LAW NO. 1 OF LUBBOCK COUNTY;

NO. 95-779,794; HON.  LARRY B. LADD, PRESIDING
_____

Before BOYD, C.J., QUINN and REAVIS, JJ.

Elodia Flores (appellant) attempts to perfect an appeal to this Court.  By letter from this Court dated January 2, 2002, we informed her that the filing fee of $125.00 required to perfect this appeal was outstanding and that the failure to pay same could result in the dismissal of her case.  To date, appellant has not paid the $125.00 filing fee as directed.  Nor has she provided us with evidence illustrating that she is entitled to proceed as a pauper.

Due to appellant's failure to pay the filing fee, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3 (c).

Per Curiam

Do not publish.